

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00201-CV

**IN RE** Sandra **IKENAGA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: April 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On March 27, 2014, relator filed a petition for writ of mandamus and motion for emergency relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011PC04330, styled *Estate of Jack Hiromi Ikenaga Sr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable David Peeples presiding.